UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                             Criminal No: 23-cr-20481

v

                                             Hon: Laurie J. Michelson

AUSTIN RAY SABB-VISGA,

    Defendant.
_____/

## DEFENDANT'S SUPPLEMENTAL SENTENCE MEMO

*"I felt ashamed for what I had done. I don't have any excuses. I did what I did. I take full responsibility for myself and my actions. I wouldn't pawn this off on anybody. I'm sorry it happened. And I hurt people."*[1]

After reviewing the recently submitted Victim Impact Letters, taken in conjunction with the Government's Sentence Memo (ECD #53), filed September 13, 2024, Counsel for Mr. Sabb Visga believes it is important to address one significant

---

[1] Actor and comedian Louie Anderson.

1

issue related to Mr. Sabb-Visga, his acceptance of responsibility, and his show of remorse.[2]

Mr. Sabb-Visga is sorry. More than anything else, Mr. Sabb-Visga wishes to express to this Court that he is genuinely and sincerely sorry for what he did.

Yes, every defendant that appears before a Court at sentencing says, "I am sorry," in some way. However, in the Undersigned Counsel's long experience with offenses such as this, there has not been a case where a defendant's acceptance of responsibility and show of remorse is more fundamental, sincere, genuine, and complete. Mr. Sabb-Visga is not sorry for being caught, but rather for what he did and the harm he caused. This is illustrated by, upon his arrest he gave a full confession, without the benefit of counsel.  Or, it can be seen in the words of Anthony Sabb-Visga himself:

> *"To Whom It May Concern,*
>
> *I'd like to express my deepest and sincerest apologies for what I have done. The words to convey how genuinely sorry I am are hard to find, but I'm going to try.*
>
> *I struggle to understand how I have gotten to this point in my life. My behaviors that have led me here are not normal for me. They were largely encouraged by my newfound meth addiction as well as an unchecked sex addiction and deep depression.*

---

[2] Counsel for Mr. Sabb Visga understands the lateness of this filing. However, given that Counsel just received the Victim Impact Statements, and the fact that the main thrust of the information in this Pleading was previously documented in the PSR, Counsel asks leave for the Court to consider this Memorandum.

*That being said, I take full responsibility for my actions. I not only took advantage of the young and innocent that I had promised to protect, but I hurt them and stole a part of their childhood that they will never get back. I made a promise to care for and protect them, but I betrayed that promise. I will never forgive myself for that. I will never stop being sorry for what I have done. I am deeply ashamed of my actions and of myself. I struggle to look in the mirror since the incidents happened. I ask the Lord for forgiveness every day however I struggle with feeling worthy of His forgiveness.*

*Someday I hope my victims know how sorry I am for what I have done to them, and that if I could take it back, I would immediately. I know personally the pain that I have caused them and it makes me sick to know that I am the one who has caused them to know that pain. There was a time when I thought coming into their lives was a great thing. I now [sic] realize that I am the worst thing that ever happened to them. I didn't have many regrets in life but I now regret every day since the incidents occurred.*

*My actions are disgusting and immoral and I am prepared to pay the consequences and serve the amount of time you see fit. I hope in prison to find programs to help me become a better person and to work through the issues that lead to these behaviors.*

*Finally, I'd like to apologize to the court for having to deal with a case such as this one. The evidence could not have been easy to see or read. I am also sorry that my victims had to relive their experiences through the court proceedings.*

*Overall, I'd just like to express my sincerest apologies to all involved, especially my victims. I have learned a great deal about myself through this process and I promise that if given the opportunity to be released from prison in this lifetime, I will not repeat the same mistakes again.*

*Finally, thank you for taking the time to read and consider this letter.*

3

*With sincerest apologies,*

*s/Austin R. Sabb-Visga"*

    To supplement this powerful statement of contrition, the Defense has attached as the Appendix letters from his maternal grandfather and grandmother, as well as his mother, further reinforcing the sincere, and genuine, remorse felt by Mr. Sabb-Visga for his involvement in these terrible acts.

## **CONCLUSION**

    WHEREFORE Defendant requests this Honorable Court to grant a variance, and sentence Mr. Sabb-Visga. Mr. Sabb-Visga respectfully requests that this Honorable Court sentence him to the minimum of the 11(c)(1)(C) sentence agreement of 480 months.

Respectfully submitted,

Dated: September 18, 2024

/s/ Mark Satawa
Mark A. Satawa P47021
Attorney for Defendant
26777 Central Park Blvd,; Suite 300
Southfield, MI 48076
(248) 356-8320
e-Mail: mark@satawalaw.com

4